FILED

05/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0716

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0716

---

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

TRAVIS DEWAYNE LOHMAN,
,

    Defendant and Appellant.

---

## ORDER GRANTING EXTENSION

---

UPON consideration of Appellant's motion for extension of time, as well as agreement, IT IS HEREBY ORDERED that Appellant is granted an extension of time up to and including June 23, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 16 2023